**SONORA COMMUNITY HOSPITAL, a corporation, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 21642.**

United States Court of Appeals
Ninth Circuit.

Aug. 12, 1968.

Alvin L. Anderson (argued), Anderson & Morgan, San Jose, Cal., for appellant.

Louis M. Kauder (argued), Atty., Dept. of Justice, Mitchell Rogovin, Asst. Atty. Gen., Lester R. Uretz, Chief Counsel, Washington, D. C., for appellee.

Before *JOHNSEN, BROWNING and CARTER, Circuit Judges.

PER CURIAM:

The judgment is affirmed on the ground that there is substantial support in the record for the Tax Court's determination that petitioner failed to carry its burden of establishing its entitlement in the years in question to the exemption under Internal Revenue Code of 1954, § 501(a) (c) (3).

■

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Gary David NELSON, Defendant and Appellant.**

**No. 20411.**

United States Court of Appeals
Ninth Circuit.

July 18, 1968.

Paul Briefer (argued), San Francisco, Cal., for appellant.

Gerald Uelman (argued), Asst. U. S. Atty., John Van DeKamp, U. S. Atty., Burt S. Pines, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, BARNES and HAMLEY, Circuit Judges.

PER CURIAM:

The case is remanded to the District Court for the Southern District of California, Central Division, (Los Angeles) as the district and division existed immediately prior to September 18, 1966.

It would appear that the district court should vacate its judgment on Nelson and grant him a new trial in accordance with the per curiam opinion of the Supreme Court of the United States, Nelson v. United States, 392 U.S. 303, 88 S.Ct. 2062, 20 L.Ed.2d 1109, filed June 10, 1968.